UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL RUVALCABA-MORALES<br><br>Defendant. | Case No.:  3:13-cr-04514-BEN-9<br><br>**ORDER TO ANSWER** |

Movant Rachel Ruvalcaba-Morales, represented by her counsel, R. Deke Falls, Esq., has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A).  ECF No. 684.

The United States of America shall file an answer or other responsive pleading to the motion no later than May 21, 2021.

**IT IS SO ORDERED.**

Date: April 16, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge